Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Tampa__ Division

IVAN DIX
PRETRIAL DETAINEE, PRO-SE
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

HOMEWAV, L.L.C. (IN OFFICIAL CAPACITY)
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 8:22 cv 62 KKM-CPT
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No
IF NEEDED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: IVAN DIX
- Address: 20101 CENTRAL BOULEVARD
  - City: LAND O LAKES
  - State: FL
  - Zip Code: 34637
- County: PASCO COUNTY
- Telephone Number: UNKNOWN
- E-Mail Address: UNKNOWN

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: HOMEWAV, L.L.C
- Job or Title (if known): VIDEO VISITATION (CORRECTIONAL FACILITIES)
- Address: 4986 EUCLID ROAD #2
  - City: VIRGINIA BEACH
  - State: VA
  - Zip Code: 23462
- County:
- Telephone Number: 757-222-9138
- E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Defendant No. 2
- Name: NOT APPLICABLE
- Job or Title (if known):
- Address:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

**Defendant No. 3**
Name: NOT APPLICABLE
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name: NOT APPLICABLE
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DELIBERATE INDIFFERENCE TO HUMAN RIGHTS    VIOLATIONS OF MY
NEGLIGENCE LEADING TO DEPRIVATION OF PRIVACY    1st, 4th AMENDMENTS,
UNAUTHORIZED ACCESS OF SENSITIVE INFO / MATERIAL    FL CONSTITUTION
MISCONDUCT PLACING PLAINTIFFS ~~CONDUCT~~ PRIVACY AT RISK ART 1 §9

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NOT SUING UNDER BIVENS

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

UNDER COLOR OF STATE AND LOCAL LAW, HOMEWAY LLC HAS VIOLATED MY PRIVACY DUE TO POSITIONING AND PLACEMENT OF THERE VIDEO VISITATION CAMERAS, AND UNDER § 1983 THEY HAVE VIOLATED MY 1st AMENDMENT RIGHT TO DEFEND MY PRIVACY AND PURSUE RIGHT OF HAPPINESS, MY FOURTH AMENDMENT RIGHT AS THEY PLACE ME AT RISK OF HARM TO SEIZE THESE VIDEO MATERIALS AND ALLOWING SUBMITTAL TO THE OUTSIDE WORLD WITHOUT MY CONSENT. ALSO FLORIDA CONSTITUTION ARTICLE 1 § 4 AND ARTICLE 1 § 5 THE HOMEWAY COMPANY PLACES MY PRIVACY AT RISK WITH NEGLIGENCE

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

THE CHARLIE HOUSING AREA OF PASCO COUNTY DETENTION CENTER, INMATE SHOWERING AREA OF BATHROOM
20101 CENTRAL BOULEVARD
LAND O LAKES, FLORIDA 34637

B. What date and approximate time did the events giving rise to your claim(s) occur?

YEAR 2020 TO 2021, CHARLIE DORM
EVERYTIME I SHOWERED IN THIS FACILITY

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ALL OF THE HOMEWAY, L.L.C VIDEO VISITATION STATIONS ARE POSITIONED IN SUCH A WAY, AND AT SUCH AN ANGLE AS TO SHOW THE ENTIRE INMATE SHOWER AREA. THIS PROVES TO BE TRUE FOR EACH OF THE TWELVE STATIONS IN CHARLIE DORM WHERE I WAS HOUSED. VISITORS TO INMATES FROM THE FREE WORLD COULD SEE ME IN THE BACKGROUND OF THEIR SESSIONS. THESE TWELVE AREAS REFLECT A VIDEO VIOLATION OF MY BASIC PRIVACY AND RIGHTS AMENDED TO ME BY THE U.S. CONSTITUTION AND THE FLORIDA CONSTITUTION, UNDER STATE AND LOCAL LAW THE INTRUSION OF PRIVACY BY THE NEGLIGENT PLACEMENT AND POSITIONING ANGLE OF THE HOMEWAY TERMINALS CAMERAS PLACES ME IN EXTREME DANGER OF VIDEO FOOTAGE, STILL SCREENSHOTS, VOYEURISM, AND OTHERWISE LACIVIOUSNESS. THIS RISK TO MY PRIVACY WAS KNOWN BY HOMEWAY, WAS DISREGARDED BY HOMEWAY, HOMEWAY'S CONDUCT BEING CALLOUS AND GROSSLY NEGLIGENT.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

THE PLACEMENT OF THESE CAMERAS BY HOMEWAV, L.L.C IN THIS FACILITY HAVE MADE LOCAL NEWS. THERE IS ALSO A CLASS ACTION LAWSUIT PENDING AGAINST THEM FOR INMATES IN CHARLIE DORMITORY. I MYSELF AM INTIMIDATED AS WELL AS SHELL SHOCKED, WORRIED AND STRESSED ABOUT WHO IS POSSIBLY WATCHING ME SHOWER, AT ALL TIMES. I AM VERY COY, GUSHY, AND NOW HAVE A MENTAL COMPLEX WHEN I UNDRESS. ALONG WITH MY INJURIES OF MENTAL ANGUISH, COMPLEXITY, I HAVE SUSTAINED OTHER INJURIES BY THIS COMPANIES NEGLIGENT CAMERA PLACEMENT. I HAVE ALSO BEEN DISTRESSED EMOTIONALLY SINCE THE STARTING PLACEMENT OF THESE CAMERAS IN MY HOUSING DORMITORY. MY RELIEF IS STATED.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

MY RELIEF IS ALL PUNITIVE, IN U.S DOLLAR AMOUNTS, TO EACH CLAIM!

1. DELIBERATE INDIFFERENCE TO HUMAN RIGHTS UNDER § 1983
   — EMOTIONAL DISTRESS ($50,000) — MENTAL ANGUISH ($25,000)

2. NEGLIGENCE LEADING TO DEPRIVATION OF PRIVACY UNDER § 1983
   — EMOTIONAL DISTRESS ($50,000) — MENTAL ANGUISH ($25,000)

3. UNAUTHORIZED ACCESS OF SENSITIVE INFO/MATERIALS UNDER § 1983
   — EMOTIONAL DISTRESS ($50,000) — MENTAL ANGUISH ($25,000)

4. MISCONDUCT PLACING PLAINTIFFS PRIVACY AT RISK UNDER § 1983
   — EMOTIONAL DISTRESS ($50,000) — MENTAL ANGUISH ($25,000)

TOTAL — $300,000.00

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/8/21

Signature of Plaintiff: *Ivan Walter Michael Dix*

Printed Name of Plaintiff: IVAN WALTER MICHAEL DIX

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: NOT APPLICABLE

Printed Name of Attorney:

Bar Number: (PRO-SE)

Name of Law Firm:

Address:

City / State / Zip Code

Telephone Number:

E-mail Address: